IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:23-cr-00358 |
| | § | |
| | § | |
| CEDRIC LYNN ANDREWS | § | |
| DEFENDANT | § | |

## DEFENDANT CEDRIC LYNN ANDREWS' OPPOSED MOTION TO PRESERVE AND PRODUCE JENCKS ACT MATERIALS

TO THE HONORABLE LEE H. ROSENTHAL, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

COMES NOW CEDRIC LYNN ANDREWS ("ANDREWS"), a defendant in the above-entitled and numbered cause, by and through his attorney of record, J. GORDON DEES, and files the Motion to Preserve and Produce Jencks Act Materials.

The Defendant, pursuant to 18 U.S.C. § 3500 (Jencks Act), requests that this Court order the Government to produce and make available to the Defendant upon the witness' testimony at trial:

1. any relevant written or recorded statements made by any prospective Government witnesses, or copies thereof, within the possession, custody or control of the Government, the existence of which is known, or by the exercise of due diligence may become known to the Attorney for the Government;

2. any recorded testimony of any prospective Government witness before a grand jury which relates to the offense charged;

3. the substance of any other relevant oral statement made by any prospective Government witness whether before or after arrest in response to interrogation by any person then known

by the witness to be a Government agent if the Government intends to use that statement at trial.

The Defendant specifically requests the United States Attorney to interview each law enforcement agent who spoke with, interviewed or sat in on any interview with the Defendant in order to ascertain the substance and circumstance of all oral statement of the Defendant and any prospective Government witness and the existence of any notes of those interviews.

The Defendant requests the Court order the Government to preserve said notes of such interviews. These notes can contain relevant evidence, both of an exculpatory nature, and can provide relevant information in the determination of other pre-trial motions. Those notes would be directly discoverable as statements of the Defendant and can also provide relevant and/or impeachment information. Additionally, the notes of the interview of other individuals may constitute Jencks Act materials.

Should the Government assert that these materials are not Jencks Act materials, the procedure is for the court to review the notes in camera. *United States v. Bell*, 457 F.2d 1231, 1235 (5th Cir. 1972). Recognizing that not all notes are Jencks Act materials, it is up to the Court, however, to make that conclusion. *Bell*, supra.

Therefore, the Government should be directed to instruct all of its agents to preserve those hand-written notes. Only upon preservation of these notes can the subsequent decisions as to the possible discovery of those notes as either Jencks Act materials or *Brady* materials take place. Should the agents in the interim destroy those notes there is no way to reevaluate whether they should have been disclosed.

The Defendant requests the Court order the Government to disclose any Jencks Act materials in a timely manner before trial or prior to the cross-examination of any Government witness at trial.

WHEREFORE, PREMISES considered, the Defendant CEDRIC ANDREWS prays the Court consider this motion and grant it in all respects.

Respectfully submitted,

*/S/ J. Gordon Dees*
J. GORDON DEES
Attorney-in-Charge
Texas State Bar No. 05635500
5300 Memorial Dr., Suite 750
Houston, Texas 77007-8228
713-621-2070/Office; 713-621-2072/Fax
Email - gordondees@msn.com

Attorney for Defendant
CEDRIC ANDREWS

**CERTIFICATE OF CONFERENCE**

This is to certify that BYRON BLACK, Assistant United States Attorney representing the Government, advised that he is opposed to Defendant CEDRIC ANDREWS' Motion to Preserve and Produce Jencks Act Materials.

*/S/ J. Gordon Dees*
J. GORDON DEES

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Defendant CEDRIC ANDREWS' Opposed Motion to Preserve and Produce Jencks Act Materials has been provided to BYRON BLACK, Assistant United States Attorney representing the Government and all parties of record, on this the 25th day of August, 2025, via the USDC Southern District's CM/ECF system.

*/S/ J. Gordon Dees*
J. GORDON DEES