IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:23-cr-00358 |
| | § | |
| | § | |
| CEDRIC LYNN ANDREWS | § | |
| DEFENDANT | § | |

### DEFENDANT CEDRIC LYNN ANDREWS' OPPOSED MOTION IN LIMINE TO PROHIBIT GOVERNMENT FROM MENTIONING ANY EXTRANEOUS OFFENSES OR ACTS OF MISCONDUCT AND FOR A HEARING OUT OF THE PRESENCE OF JURY

TO THE HONORABLE LEE H. ROSENTHAL, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

COMES NOW CEDRIC LYNN ANDREWS (ANDREWS), a defendant in the above-entitled and numbered cause, by and through his attorney of record, J. GORDON DEES, and files this Motion in Limine to Prohibit Government from Mentioning Any Extraneous Offenses or Acts of Misconduct and For A Hearing Out of Presence of Jury and for cause would show the Court as follows:

I.

The Court should instruct the prosecutor and all Government witnesses not to mention in the presence of the Jury, directly or indirectly in the Government's case-in-chief, any extraneous offenses or acts of misconduct allegedly committed by the Defendant, whether offered under Rule 404(b) of the Federal Rules of Evidence or any other theory of admissibility unless the Government's prosecutor first approaches the bench and obtains a ruling from the Court, outside the presence of the Jury, as to the admissibility of such extraneous offenses or acts of misconduct. This restriction should extend to cross-examination of the Defendant and defense witnesses. It would be highly prejudicial

1

to require the Defendant to object to extraneous offenses or acts of misconduct in the presence of the Jury.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Honorable Court grant this Motion in all things.

                      Respectfully submitted,

                      */S/ J. Gordon Dees*
                      J. GORDON DEES
                      Attorney-in-Charge
                      Texas Bar No. 05635500
                      5300 Memorial Dr., Suite 750
                      Houston, Texas 77007-8228
                      713-621-2070/Office; 713-621-2072/Fax
                      Email - gordondees@msn.com

                      Attorney for Defendant
                      CEDRIC LYNN ANDREWS

**CERTIFICATE OF CONFERENCE**

This is to certify that BYRON BLACK**,** Assistant United States Attorney representing the Government in this case, advised that he is opposed to Defendant CEDRIC ANDREWS' Motion in Limine to Prohibit State from Mentioning Any Extraneous Offenses or Acts of Misconduct and for Hearing Out of Presence of Jury.

*/S/ J. Gordon Dees*
J. GORDON DEES

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Defendant CEDRIC ANDREWS' Opposed Motion in Limine to Prohibit State from Mentioning Any Extraneous Offenses or Acts of Misconduct and for Hearing Out of Presence of Jury has been provided to BYRON BLACK**,** Assistant United States Attorney representing the Government in this case, and all parties of record on this the 25th day of August, 2025, via the USDC Southern District's CM/ECF system.

*/S/ J. Gordon Dees*
J. GORDON DEES